THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VERNON EARING, Appellant.

*People* v. *Earing*, 146 App. Div. 903, appeal dismissed.
(Argued January 8, 1912; decided January 16, 1912.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 18, 1911, affirming a judgment of the Onondaga County Court which affirmed a judgment of a Court of Special Sessions convicting the defendant of a violation of a village ordinance.

The motion was made upon the ground that under the

provisions of section 771 of the Code of Criminal Procedure the order was not appealable to the Court of Appeals.

*George W. Standen* for motion.

*William F. Rafferty* opposed.

Motion granted and appeal dismissed.